IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION

MDL No. 2545
MASTER DOCKET CASE No. 1:14-cv-01748
Honorable Matthew F. Kennelly

This document applies to: 15-cv-4345

MASTER SHORT-FORM COMPLAINT

FOR INDIVIDUAL CLAIMS

1. Plaintiff(s), Harry Thomas & Tammie Thomas state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation,* MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

VENUE

3. Venue for remand and trial is proper in the following federal judicial district: United States District Court Middle District of North Carolina.

IDENTIFICATION OF PLAINTIFF(s)
AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): Harry Thomas; Pleasant Garden, North Carolina.

5. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: Tammie Thomas.

6. Survival and/or Wrongful Death Claims:

   a. Name and residence of Decedent when he suffered TRT-related injuries and/or death: _____.

   b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.) _____.

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state): <u>Pleasant Garden, NC</u>.

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state): <u>Pleasant Garden, NC</u>.

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date: <u>December 2010</u>.

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: <u>January 2012</u>.

11. [Plaintiff/Decedent] used the following TRT products:

    - [x] Androgel
    - [ ] Testim
    - [ ] Axiron
    - [ ] Depo-Testosterone
    - [ ] Androderm
    - [ ] Testopel
    - [ ] Fortesta
    - [ ] Striant
    - [ ] Delatestryl
    - [x] Other(s) (please specify): <u>Testosterone Cypionate</u>

12. [Plaintiff/Decedent] is suing the following Defendants:

    - [x] AbbVie, Inc.
    - [x] Abbot Laboratories
    - [ ] Endo Pharmaceuticals, Inc.
    - [ ] Auxilium Pharmaceuticals, Inc.

| | | | |
|---|---|---|---|
| ☐ | AbbVie Products, LLC | ☐ | GlaxoSmithKline, LLC |
| ☐ | Unimed Pharmaceuticals, LLC | ☐ | Actavis PLC |
| ☐ | Solvay, S.A. | ☐ | Actavis, Inc. |
| ☐ | Besins Healthcare, Inc. | ☐ | Actavis Pharma, Inc. |
| ☐ | Besins Healthcare, S.A. | ☐ | Actavis Laboratories UT, Inc. |
| ☐ | Eli Lilly and Company | ☐ | Watson Laboratories, Inc. |
| ☐ | Lilly USA, LLC. | ☐ | Anda, Inc. |
| ☐ | Acrux Limited | | |
| ☐ | Acrux DDS Pty Ltd. | | |
| ☒ | Pfizer, Inc. | | |
| ☒ | Pharmacia & Upjohn Company, Inc. | | |

Other(s) (please specify): __.

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers: _____.

    a. TRT product(s) distributed: _____.

    b. Conduct supporting claims: _____.

14. TRT caused serious injuries and damages including but not limited to the following:

Myocardial Infarction.

15. Approximate date of TRT injury: 05/17/2012.

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation,* MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of

Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation,* MDL No. 2545.

- ☒ Count I – Strick Liability – Design Defect
- ☒ Count II – Strick Liability –Failure to Warn
- ☒ Count III – Negligence
- ☒ Count IV – Negligent Misrepresentation
- ☒ Count V – Breach of Implied Warranty of Merchantability
- ☒ Count VI – Breach of Express Warranty
- ☒ Count VII - Fraud
- ☐ Count VIII – Redhibition
- ☒ Count IX – Consumer Protection
- ☒ Count X – Unjust Enrichment
- ☐ Count XI – Wrongful Death
- ☐ Count XII – Survival Action
- ☒ Count XIII – Loss of Consortium
- ☒ Count XIV – Punitive Damages
- ☒ Prayer for Relief
- ☐ Other State Law Causes of Action as Follows: _____.

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the May day of 17, 2015.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(s),

         <u>s/ Matthew P. Teague</u>
         Signature

**OF COUNSEL:** Matthew P. Teague, Esq.
       Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
       P O Box 4160
       Montgomery, AL 36103-4160
       334-269-2343
       Fax: 334-954-7555
       Email: matt.teague@beasleyallen.com
       ATTORNEY TO BE NOTICED
       Admitted Pro Hac Vice