**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Harry Thomas ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 15-cv-04345 |
| vs. ) | |
| ) | |
| AbbVie, Inc. and Abbott Laboratories ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2) AND CMO 85**

Plaintiff, Harry Thomas, by counsel, moves this Court to dismiss the above-captioned action against all remaining Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(2) and CMO 85, without prejudice and with the parties to bear their own costs.

Respectfully submitted this 29th day of March 2018.

*s/ Matthew P. Teague*
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 29, 2018  Respectfully Submitted,

*s/ Matthew P. Teague*
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
Tel: (334) 269-2343
Fax: (334) 954-7555
Email: matt.teague@beasleyallen.com